

*11478365*

FILED

2022 OCT -4 PM 2: 37

DEPUTY CLERK _____

US MARSHALS SERVICE NTX
FORT WORTH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2022 SEP 28 P 12: 07

UNITED STATES OF AMERICA

v.

JAMES STEVEN BRACKET (01)
a/k/a "Cinch"; "Sinch"; "Ace"

No.  4:22-MJ-705

## WARRANT FOR ARREST

TO:        The United States Marshal and
           Any Authorized Officer of the United States

       YOU ARE HEREBY COMMANDED to arrest **JAMES STEVEN BRACKET,**
also known as Cinch; Sinch and Ace, and bring him forthwith to the nearest available
magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled
Substance with Intent to Distribute,** in violation of **21 U.S.C. § 846 (21 U.S.C. §
841(a)(1) and (b)(1)(B)).**

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the ___26___ day of September 2022.


---------------------------------- RETURN ----------------------------------

       This warrant was received and executed with the arrest of the above-named
defendant at _____.

| DATE RECEIVED: 9-26-22 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10-03-22 B. Finney | | |